IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 26-MJ-8020-GCS |
| | ) | |
| JEFFREY A. MULLINIX, | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, Paul Carbini, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**INTERSTATE COMMUNICATION WITH A THREAT TO INJURE**

On or about the January 21, 2026, in the Southern District of Illinois, the defendant,

**JEFFREY A. MULLINIX**,

knowingly and willfully did transmit in interstate commerce a communication over the internet, and the communication contained a threat to injure agents working with Immigration and Customs Enforcement (ICE), all in violation of Title 18, United States Code, Section 875(c).

### AFFIDAVIT

1)      I, Paul Carbini, am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been employed in this capacity since December 2022. I am currently assigned to the Fairview Heights Residence Agency out of the Springfield, Illinois Division of the FBI. I am assigned to investigate crimes against children, which includes sexual abuse, sexual and financial extortion, production and dissemination of child sexual abuse material (CSAM), and human trafficking. I

1

have received law enforcement training from the FBI Academy at Quantico, Virginia. Prior to this assignment, I was a Victim Advocate with the Michigan Department of Attorney General and was assigned to our criminal investigations of child sexual abuse within the Catholic Church and Boy Scouts of America.

2) I have received on the job training from other experienced agents and law enforcement officers. My investigative training and experience includes, but is not limited to, conducting surveillance, interviewing subjects, writing affidavits for search and arrest warrants, and collecting evidence.

3) The statements contained in this affidavit are based on my investigation, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. This affidavit is meant to state facts sufficient to support a finding of probable cause that the named Defendant committed the charged offense and is not meant to contain a complete record of the entire investigation to date. In support of this Complaint, your affiant states as follows:

**FACTS ESTABLISHING PROBABLE CAUSE**

4) The United States is investigating a threat that was transmitted via the internet, specifically YouTube. YouTube is an internet-based platform, and all messages or communications on YouTube travel in interstate and/or foreign commerce.

5) On or about January 21, 2026, ABC News posted a story to its YouTube page. The caption for the story read, "1,500 US Army soldiers in Alaska on standby for possible deployment to Minneapolis."



6) On or about January 21, 2026, an individual posting under the username "jeffmullinix7916" posted the following comment to the ABC News story:



7) On or about January 21, 2026, "jeffmullinix7916" responded to a comment by another user, "BootsMonroe" on the same ABC News story:

3

> @jeffmullinix7916 5 hours ago
> I am will be on my way to minneapolis pack full of my weapons . I served in the Navy and prior Military . I know my weapons well . I also know I can knock at least 50 of the fake Militray foor men out in an instant before they get me . Be brave people Arm your selves to the teeth with what ever you can muster up . This past do on peaceful protest that is not working every man and woman should go to Minni armed to the teeth and know how to use your weapons . Dont fear if you die for your country and your freedoms let it be . Say good bys to your love ones and tell them you love them but freedom have to be saved and the Constitution have to be brought back . Your fighting for your children and their children and all those that follow 100 year from now . That is who your fighting for .
> Show less

The full comment reads: "I am will be on my way to minneapolis pack full of my weapons. I served in the Navy and prior Military. I know my weapons well. I also know I can knock at least 50 of the fake Militray foor men out in an instant before they get me. Be brave people Arm your selves to the teeth with what ever you can muster up. This past do on peaceful protest that is not working every man and woman should go to Minni armed to the teeth and know how to use your weapons. Dont fear if you die for your country and your freedoms let it be. Say good bys to your love ones and tell them you love them but freedom have to be saved and the Constitution have to be brough back. Your fighting for your children and their children and all those that follow 100 year from now. That is who your fighting for."

8) An anonymous tipster flagged these comments by "jeffmullinix7916" to the FBI. The anonymous tipster stated that the comment "… sounded serious and I don't want anyone to get hurt…"

9) After receiving the tip, and following an investigation, the FBI identified Defendant as the suspect. On January 22, 2026, FBI went to Defendant's residence in Troy, Illinois, within the Southern District of Illinois, to question him about the comments made on YouTube. Agents made contact with Defendant and he confirmed that he made those YouTube posts on the ABC News story. He indicated that he is angry regarding ICE enforcement operations in Minneapolis. He stated that he wanted to take his two guns, go to Minneapolis, and he would kill ICE officers, although he stated that he was physically unable to do so due to health issues. He said that he wanted to put fear into people and make them think about what they were doing. Defendant also

indicated that he struggled with mental health issues and felt himself "getting out of control." He indicated that he has frequent suicidal thoughts and had stopped taking his medication for depression around Thanksgiving of 2025 because he had become ill.

10) Following Defendant's interview, members of the Troy Police Department seized two rifles in Defendant's possession.

FURTHER AFFIANT SAYETH NAUGHT.

PAUL CARBINI
Digitally signed by PAUL CARBINI
Date: 2026.01.23 13:26:19 -06'00'

Paul Carbini
Special Agent
Federal Bureau of Investigation

STEVEN D. WEINHOEFT
UNITED STATES ATTORNEY

LAURA V. REPPERT
Assistant United States Attorney

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 41 by electronic means on January ___, 2026.

Gilbert C Sison
Digitally signed by Gilbert C Sison
Date: 2026.01.23 15:15:24 -06'00'

HON. GILBERT C. SISON
United States Magistrate Judge