IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER: 26-30019-DWD |
| ) | |
| JEFFREY A. MULLINIX, ) | Title 18, United States Code, |
| ) | Sections 875(c) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### INTERSTATE COMMUNICATION WITH A THREAT TO INJURE

On or about January 21, 2026, in the Southern District of Illinois, the defendant,

**JEFFREY A. MULLINIX,**

knowingly and willfully did transmit in interstate commerce a communication over the internet, and the communication contained a threat to injure agents working with Immigration and Customs Enforcement (ICE), all in violation of Title 18, United States Code, Section 875(c).

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
Digitally signed by STEVEN WEINHOEFT
Date: 2026.01.31 20:00:57 -06'00'

STEVEN D. WEINHOEFT
United States Attorney