# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JEFFREY A. MULLINIX<br>*Defendant(s)* | Case Number: 26-30019-DWD |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jeffrey A. Mullinix                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1- Interstate Communication with a Threat to Injure in Violation of Title 18, US Code, Section 875(c)


Date:  February 3, 2026

*Maria Williams, Deputy Clerk*
*Issuing officer's signature*

City and state:   Benton, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)