IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-CR-30019-DWD |
| | ) | |
| JEFFREY A. MULLINIX, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO QUASH ARREST WARRANT

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney, moves to quash the arrest warrant issued (Doc. 16) in the above case. In support, the United States states as follows:

1) On January 23, 2026, Defendant was charged by way of federal complaint for violating Title 18, United States Code, Section 875(c). *See* 26-mj-08020-GCS.

2) On January 28, 2026, Defendant appeared before the Honorable Gilbert C. Sison for an initial appearance, and by agreement of the parties, was release on bond with various conditions. Docs. 7, 9.

3) A federal grand jury returned an indictment on February 3, 2026. Doc. 13.

4) Fed. R. Crim. P. 9 states that "the court must issue a warrant – or at the government's request, a summons – for each defendant named in an indictment…" Here, as Defendant had been released on bond, the United States had intended to request a summons with respect to the indictment but inadvertently indicated that it was seeking an arrest warrant. An arrest warrant was issued for the indictment. Doc. 16.

5) In lieu of an arrest warrant, the United States would request that the Court issue a summons for Defendant to appear on the indictment.

WHEREFORE, the United States of America respectfully requests that this Honorable Court quash the arrest warrant issued in the above case (Doc. 16), and instead, issue a summons for Defendant to appear.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney


*s/ Laura V. Reppert*
LAURA V. REPPERT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
E-mail: laura.reppert@usdoj.gov