# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JEFFREY A. MULLINIX<br>*Defendant(s)* | Case Number: 26-30019-DWD |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jeffrey A. Mullinix                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1- Interstate Communication with a Threat to Injure in Violation of Title 18, US Code, Section 875(c)


Date: February 3, 2026                                                                          *Maia Williams, Deputy Clerk*
                                                                                                                *Issuing officer's signature*

City and state:    Benton, IL                                                                   Monica A. Stump, Clerk of Court
                                                                                                                *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: 2-03-2026<br>Warrant quashed, summons issued.<br>Returned unexecuted.<br><br>*L. Patterson* | *Arresting officer's signature*<br><br><br>*Printed name and title* |

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)